

**DEPUTY SECRETARY OF WAR**
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

**MAR - 9 2026**

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
            COMMANDERS OF THE COMBATANT COMMANDS
            DEFENSE AGENCY AND DOW FIELD ACTIVITY DIRECTORS

SUBJECT:  Modernization of Stars and Stripes Operations

Stars and Stripes (Stripes) has a long history of providing unofficial and independent news and information to Service members, and this function will continue.  However, Stripes must modernize to remain relevant and viable in a digital age in which news and information are readily available globally.  Due largely to technological developments and the global availability of information, the current environment is fundamentally different from the era in which Stripes was established to help U.S. Service members overseas maintain a connection to American society.

Stripes will continue as a Nonappropriated Fund Instrumentality of the Department of War Information Agency (DWIA), providing a multi-platform, global source of independent news and information to serve the morale, welfare, and readiness of the U.S. military community, especially those stationed overseas.  Stripes exists pursuant to a valid requirement under Department of Defense (DoD) Instruction 1015.15, "Establishment, Management, and Control of Nonappropriated Fund Instrumentalities and Financial Management of Supporting Resources."  With the U.S. military comprising an increasingly niche segment of the overall population, the primary justification for Stripes' continued existence is to deliver content, specifically relevant to Service members and their families, that is not usually covered by commercial media.  Accordingly, there is no operational need to serve as a reprint vehicle for commercial news publications that are otherwise readily accessible.

The Assistant to the Secretary of War for Public Affairs (ATSW(PA)) will update the Department's policy governing Stripes, DoD Directive (DoDD) 5122.11, "Stars and Stripes (S&S) Newspapers and Business Operations," as expediently as possible.  This policy will be reissued as a Department of War (DoW) Instruction under the ATSW(PA)'s policy purview in accordance with the DoW issuance process.  This update will incorporate the guidance in this memorandum, the attached interim policy and procedures, and any other changes deemed necessary by the ATSW(PA) to modernize Stripes' operations to better serve the U.S. military community in accordance with DoW policy, all applicable laws, regulations, and other government-wide policies.

Stripes will immediately begin implementing the guidance in this memorandum and its attachment.  The ATSW(PA), in coordination with the Director of the DWIA, will oversee Stripes' implementation of these changes and address any issues that may arise.  In the event of any conflict with the currently published DoDD 5122.11, this guidance will supersede.



OSD002139-26/CMD002773-26

This modernization effort ensures that Stripes remains mission-focused, accountable, and capable of effectively serving the U.S. military community.

Attachment:
As stated

cc:
Stars and Stripes Publisher

**Stars and Stripes Interim Policy and Procedural Guidance**

**1. Policy.**

a. Stripes publishes accurate, fair, impartial, and credible news and information of specific interest to and for the benefit of the U.S. military community. Stripes is primarily focused on providing products that strengthen the morale, welfare, and readiness of Department of War (DoW) personnel and their families and that are not available through most commercial news media sources.

b. Stripes' editorial operations are independent of the military chain of command, military public affairs activities, or other external influences, and without censorship or propaganda, but they must comply with the guidance in Section 2 and the policies and procedures that prevent the disclosure of classified national security information or controlled unclassified information, would adversely affect national security, or clearly endanger the lives of U.S. personnel, in accordance with Department of Defense Instruction (DoDI) 5200.01, DoDI 5200.48, Department of Defense Manual (DoDM) 5200.01 and all other applicable, laws, regulations, and government-wide polices.

c. Stripes must modernize to remain relevant and viable in a digital age, which has made U.S. news and information readily available globally and is vastly different from past eras when Stripes was a necessary instrument to provide U.S. Service members overseas with U.S. news and information to help maintain their connection to American society. Stripes will embrace the principles of innovation, efficiency, and accountability that guide the modernization of the Department and ensure that Stripes continues to fulfill a valid requirement for the Department in accordance with Section 2 and DoDI 1015.15. Modernization efforts will enhance, not compromise, the core functions of Stripes:

(1) Stripes will operate as a fiscally sound and efficient business enterprise, fully accountable to DoW leadership for its budget, performance, and strategic modernization.

(2) Stripes' will operate with editorial independence, which protects content decisions from command influence; such independence will not be invoked to shield the organization from its responsibilities to perform effectively and efficiently while adhering to applicable Departmental policy guiding the valid requirements for which Stripes exists.

d. Stripes' content is to be provided at reasonable cost to the U.S. military community, comparable to the retail sales price of similar commercial news media content throughout the United States, to deliver the greatest access for its intended audience.

e. Stripes partially funds its mission in support of DoW through revenue-generating activities as a nonappropriated fund instrumentality (NAFI), a government entity that provides or assists the Secretaries of the Military Departments in providing programs for DoW personnel. Stripes is to be funded to the maximum extent possible through the sale and distribution of news and information products, authorized advertising, printing services, and other sources of revenue, as approved by the Assistant to the Secretary of War for Public Affairs (ATSW(PA)) or

Congress. Stripes APF support is to be kept to a minimum level consistent with its mission and the levels provided for in DoDI 1015.15. Stripes also may be authorized appropriated funding for news and information production and free distribution for members of the U.S. military community deployed during armed conflict, exercises, or in contingency environments.

f. Stripes briefings or reports to and non-newsgathering engagements with Congress must be coordinated beforehand with the Office of the Assistant Secretary of War for Legislative Affairs (OASW(LA)) within notification and review timelines they require in accordance with Department of Defense Directive (DoDD) 5142.01.

**2. Stripes Functions and Products.**

a. Stripes provides a multi-platform, global source of news and information that supports the morale, welfare and readiness of the U.S. military community, with a focus on those stationed overseas.

(1) Provides a "hometown-style" publication for the increasingly niche U.S. military community relative to the U.S. population at large by focusing on content relevant to the U.S. military community that is not usually covered by commercial news media sources, in accordance with Section 1.a.-b.

(2) Publishes objective original news stories developed through first-hand reporting by Stripes staff based around the world, in print and digital formats that are easily accessed by the reader.

(a) Stripes news products must provide the audience with neutral, accurate, and comprehensive coverage (i.e., provide context that prevents misrepresenting or oversimplifying issues) of issues relevant to DoW personnel.

(b) Stripes may not present its own editorial position, and its personnel may not use Stripes news coverage to advance an editorial position, point of view, or particular interest.

(c) Stripes is **prohibited** from purchasing or contracting for news stories, features, syndicated columns, comic strips, and editorial cartoons from commercial news media services or sources due to the digital availability of such content globally, unless an exception is approved by the ATSW(PA). An exception may be granted if justified by data that Stripes readers cannot readily obtain such content and it would advance Stripes' role in supporting the U.S. military community overseas to maintain its connection to American society, in accordance with Section. 1.c.

(d) While Stripes is a DoW-authorized news and information platform for the morale and welfare of its military audience, its products and services are unofficial and do not necessarily reflect the official views of, or endorsement by, the U.S. Government, the DoW, or subordinate command authorities. Stripes should republish articles or other content produced through DoW public affairs or other non-commercial news media channels, as the Stripes Publisher determines necessary to be responsive to Stripes readership needs. Such content will be clearly labeled as a public affairs product and include a byline noting the originating public affairs office or author.

(e) Stripes content must be consistent with good order and discipline of the military.

(f) Stripes may publish informational publications, such as overseas community guides for the U.S. military community and other materials regarding education opportunities, veteran benefits, financial planning, entrepreneur or job resources for military spouses, and other relevant topics.

b. Product Distribution.

(1) Stripes products may be distributed in keeping with accepted business practices, as needed to serve the worldwide U.S. military audience. Sales may be pursued using customary commercial news media practices.

(2) Stripes products may be provided to deployed forces without charge during exercises, wartime, or contingency operations, as requested by the Combatant Commanders.

c. Funding.

(1) As a NAFI, Stripes may receive NAF support through revenues from news publication sales (including print and digital subscriptions), archival materials, other Stripes informational products, advertising sales (including print and digital), job-shop printing, distribution of commercial publications and other sources of revenue authorized by DoDI 1015.15.

(2) Stripes products containing commercial advertisements must contain a prominent disclaimer that says: "The advertising presented within this product does not constitute endorsement by the DoW or Stripes of the products or services advertised. The products or services advertised will be made available for purchase, use, or patronage without regard to race, color, religion, sex, national origin, age, marital status, disability, or political affiliation.

**3. Stripes Publisher.**

a. Is a highly qualified senior DoW official with extensive experience in the journalism field.

b. Reports to the Director, Department of War Information Activity (DWIA) in accordance with DoDD 5105.74.

c. Manages and controls the day-to-day business, financial, operational, and administrative activities.

d. Manages the editorial content of Stripes in accordance with Sections 1 and 2.

e. Cooperates with the American Forces Network to convey information about each other's programs and services.

f. Serves as the final authority for resolution of nonappropriated fund (NAF) administrative grievances within Stripes.

g. Recommends Stripes Ombudsman candidates to the ATSW(PA) for approval.

h. Maintains the Stars and Stripes Advisory Group to oversee that Stripes is responsive to its audience and effectively fulfilling its established purposes in accordance with DoDI 1015.15.

(1) Appoints highly qualified full-time or permanent part-time federal officers or employees, or active-duty members of the Armed Forces to serve as members, with the concurrence of the ATSW(PA) and in accordance with DoDI 5105.18.

(2) As necessary, seeks non-member subject matter experts to provide the group with relevant industry perspectives that may aid Stripes' effectiveness and responsiveness to its audience.

i. Maintains data to verify that Stripes products are responsive to readership interests. Conducts regular readership surveys consistent with commercial news media market research practices and in accordance with DoDI 8910.01, Volume 2 of DoDM 8910.01, and DoDI 1100.13.

j. Employs NAF, APF civil service, host nation local national, third country national, and military personnel, subject to the laws, regulations and policies applicable to their respective employment status. May authorize employment concepts used in the commercial news media industry where consistent with applicable federal law and policy and necessary and appropriate for mission accomplishment.

k. Approves a civilian clothing allowance for Stripes military reporters, when considered appropriate, in accordance with the policies, regulations, and procedures established by DoDI 1338.18 and the reporter's parent military service.

l. Oversees compliance of Stripes information technology systems with DoDI 1015.16.

m. As needed, enters into support agreements in coordination with the Director, DWIA, and in accordance with DoDI 4000.19.

n. The Stripes Publisher may redelegate these authorities as appropriate in writing, except as prohibited by law or applicable DoW policies.

**4. Stripes Ombudsman.**

a. Is a highly qualified news media professional hired from outside of the DoW selected by the ATSW(PA).

b. Advises the Stripes Publisher and DoW leadership on matters relating to Stripes audience interests or concerns and journalistic and editorial practices to aid Stripes in providing a free flow of information relevant to the U.S. military community that cannot be readily obtained from commercial news media sources in accordance with Section 1.a.

c. In coordination with the Stripes Publisher, the ATSW(PA) and the OASW(LA), produces briefings, reports, or other updates for congressional oversight authorities, based on his or her

professional media industry experience, regarding the quality, need, and relevance of information provided to the U.S. military community via Stripes in accordance with Section 1.f.  The Stripes Ombudsman provides such materials to OASW(LA) for transmittal to Congress.

## 5. Stripes Editorial Staff and Reporters.

a. Stripes' reporters and editorial staff are DoW personnel authorized to gather and report news about the DoW and the U.S. military community.

(1) They are authorized to ask questions of DoW officials, seek help, have access, and attend gatherings or events available to reporters from the commercial news media.

(2) Stripes reporters with access to DoW installations (because of their status as DoW personnel) are authorized to cover events or activities open to those with installation access even though commercial news media may not have the same unescorted access; information published about or resulting from such events or activities is still subject to the requirements of Section 1.b.

(3) Stripes reporters are eligible for participation in DoW-sponsored national, regional and local media pools.

b. Although newsgathering is investigative by nature, Stripes is not an authorized investigative agency, such as a military criminal investigative organization, other DoW investigative body, or an office of Inspector General, and does not conduct official investigations on behalf of DoW.  Stripes reporters may, however, report on such official DoW investigations, as well as investigations by outside organizations, as relevant to the U.S. military community.

c. As DoW employees, Stripes reporters and editorial staff members must adhere to the DoW personnel policies that may not usually apply to journalists employed by commercial news media, including DoDD 5500.07 and the Joint Ethics Regulation and all other applicable DoW policies and Federal laws and regulations, and any applicable Status of Forces Agreements.

d. Commanders and public affairs staffs will honor the intent of DoW to provide a free flow of timely and accurate information when responding to queries from Stripes reporters and will not block the release of, or access to, otherwise releasable news, information, or events, in accordance with DoDD 5122.05, DoDI 5400.11, and DoDM 5400.07.

e. Stripes employees may submit a Freedom of Information Act request to a DoW Component in their individual capacities when **not** acting on behalf of Stripes.  Prior to submitting a Freedom of Information Act request on behalf of any non-Federal entity, Stripes employees should consult with their local ethics counsel regarding the representational restrictions in Sections 203 and 205 of Title 18, United States Code.  Stripes employees may demonstrate outside journalistic credentials by self-certifying as a freelance journalist who is not acting on behalf of any other non-Federal entity in accordance with DoDD 5500.07, Manual for Courts-Martial United States, and the Joint Ethics Regulation, to qualify as members of the news media for purposes of Freedom of Information Act determinations concerning fees or expedited processing.

## 6. References

Department of War Standards of Conduct Office, "Joint Ethics Regulation," current edition

DoD Directive 5105.74, "Defense Media Activity," September 13, 2023

DoD Directive 5122.05, "Assistant to the Secretary of Defense for Public Affairs (ATSD(PA))," August 7, 2017

DoD Directive 5142.01, "Assistant Secretary of Defense for Legislative Affairs (ASD(LA))," September 15, 2006

DoD Directive 5500.07, "Ethics and Standards of Conduct," May 15, 2024

DoD Instruction 1015.15, "Establishment, Management, and Control of Nonappropriated Fund Instrumentalities and Financial Management of Supporting Resources," October 31, 2007, as amended

DoD Instruction 1015.16, "Nonappropriated Fund Instrumentalities Information Technology Policies and Procedures," March 18, 2022, as amended

DoD Instruction 1100.13, "DoD Surveys," January 15, 2015, as amended

DoD Instruction 1338.18, "Armed Forces Clothing Monetary Allowance Procedures," January 7, 1998

DoD Instruction 4000.19, "Support Agreements," December 16, 2020

DoD Instruction 5105.18, "DoD Intergovernmental and Intragovernmental Committee Management Program," July 10, 2009, as amended

DoD Instruction 5200.01, "DoD Information Security Program and Protection of Sensitive Compartmented Information (SCI)," April 21, 2016, as amended

DoD Instruction 5200.48, "Controlled Unclassified Information (CUI)," March 6, 2020

DoD Instruction 5400.11, "DoD Privacy and Civil Liberties Program," January 29, 2019, as amended

DoD Instruction 8910.01, "DoD Implementation of the Paperwork Reduction Act," December 5, 2022

DoD Manual 5200.01, "DoD Information Security Program," February 24, 2012, as amended

DoD Manual 5400.07, "DoD Freedom of Information Act (FOIA) Program," January 25, 2017

DoD Manual 8910.01, Volume 2, "DoD Information Collections Manual: Procedures for DoD Public Information Collections," June 30, 2014, as amended

Manual for Courts-Martial United States, 2024 edition

United States Code, Sections 203 and 205, Title 18