## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Susan Dardarian and William Church, *Plaintiffs*, v. U.S. Department of Defense *et al.*, *Defendants*. | Case No. 1:26-cv-1965 |

### JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiffs Susan ("Suki") Dardarian and William ("Bill") Church bring this suit against the U.S. Department of Defense (DoD), asserting claims under the Administrative Procedure Act (APA) that challenge DoD's rescission of regulations governing Stars and Stripes and a DoD memorandum that directs Stripes to implement changes to its operations.  The parties have conferred about an orderly way to proceed in this case, and have agreed that the interests of both the parties and judicial efficiency would be served by avoiding duplicative preliminary briefing and proceeding directly to cross-motions on summary judgment.

Accordingly, the parties respectfully request that the Court enter the following schedule:

| | |
|---|---|
| Defendants Produce Administrative Record | **July 15, 2026** |
| Plaintiffs File Motion for Summary Judgment | **July 29, 2026** |
| Defendants File Consolidated Opposition to Summary Judgment, Motion to Dismiss (if applicable), and Cross-Motion for Summary Judgment: | **August 26, 2026** |
| Plaintiffs File Consolidated Opposition and Reply | **September 23, 2026** |

1

| Defendants File Reply | **October 14, 2026** |
|---|---|
| Defendants File Answer | 30 days after cross-motions for summary judgment are resolved, if necessary |
| Hearing | The parties are available the weeks of October 26 or November 2 for a hearing on the parties' cross-motions |

June 30, 2026

BRETT A. SHUMATE
*Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
(D.C. Bar No. 90010174)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/ Allyson R. Scher*
Allyson Scher (D.C. Bar 1616379)
Paul R.Q. Wolfson (D.C. Bar 414759)
Elena Goldstein (D.C. Bar 90034087)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ascher@democracyforward.org
pwolfson@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*