**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Susan Dardarian and William Church,<br>*Plaintiffs*,<br>v.<br>U.S. Department of Defense *et al.*,<br>*Defendants*. | Case No. 1:26-cv-1965 |

**NOTICE OF APPEARANCE**

Please take notice that undersigned attorney, Esam K. Al-Shareffi of the United States Department of Justice, enters his appearance as counsel for Defendants in this matter. Mr. Al-Shareffi hereby certifies pursuant to Local Civil Rule 83.2(d) that he is personally familiar with the Local Rules of this Court.

Dated: July 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*