| Bates Range Beg | Bates Range End | Document | Date | Pages |
|---|---|---|---|---|
| DOW-CAR-0001 | DOW-CAR-0004 | Excerpt of 1990-1991 HASC Report | 7/1/1989 | 4 |
| DOW-CAR-0005 | DOW-CAR-0031 | DoD Directive 5122.11 (1993 as amended) - Stars and Stripes (S&S) Newspapers and Business Operations | 9/5/1993 | 27 |
| DOW-CAR-0032 | DOW-CAR-0040 | 59 FR 19137 (1994 Rule) - Stars and Stripes Newspaper and Business Operations | 4/22/1994 | 9 |
| DOW-CAR-0041 | DOW-CAR-0130 | DoD Instruction 1015.15 - Establishment, Management, and Control of Nonappropriated Fund Instrumentalities and Financial Management of Supporting Resources | 3/20/2008 | 90 |
| DOW-CAR-0131 | DOW-CAR-0131 | Certification of Compliance with Executive and Legislative Requirements for Proposed Rule, "Stars and Stripes Media Organization" | 4/10/2024 | 1 |
| DOW-CAR-0132 | DOW-CAR-0145 | Certification of Rule Compliance with Executive and Legislative Requirements | 4/15/2024 | 14 |
| DOW-CAR-0146 | DOW-CAR-0149 | 89 FR 30296 (Proposed Rule) - Stars and Stripes Media Organization | 4/23/2024 | 4 |
| DOW-CAR-0150 | DOW-CAR-0152 | Executive Order 14219 - Ensuring Lawful Governance and Implementing the President's ''Department of Government Efficiency'' Deregulatory Initiative | 2/19/2025 | 3 |
| DOW-CAR-0153 | DOW-CAR-0156 | Approval of Deregulation Recommendations | 4/11/2025 | 4 |
| DOW-CAR-0157 | DOW-CAR-0157 | Regulatory Review: Part 246 of Title 32, Code of Federal Regulations, "Stars and Stripes (S&S) Newspaper and Business Operations (Info Memo) | 4/11/2025 | 1 |
| DOW-CAR-0158 | DOW-CAR-0158 | Approval to Formally Coordindate the Removal of the Stars and Stripes Regulation | 9/18/2025 | 1 |
| DOW-CAR-0159 | DOW-CAR-0159 | Approval of the Final Stars and Stripes Rule | 1/7/2026 | 1 |
| DOW-CAR-0160 | DOW-CAR-0166 | Certification of Rule Compliance with Executive and Legislative Requirements | 1/12/2026 | 7 |
| DOW-CAR-0167 | DOW-CAR-0168 | 91 FR 1706 (Final Rule-Removal) - Stars and Stripes Media Organization | 1/15/2026 | 2 |
| DOW-CAR-0169 | DOW-CAR-0170 | Modernization of Stars and Stripes Operations (Action Memo) | 3/9/2026 | 2 |
| DOW-CAR-0171 | DOW-CAR-0171 | Coordination Sheet for Modernization of Stars and Stripes Operations | 3/9/2026 | 1 |
| DOW-CAR-0172 | DOW-CAR-0179 | Modernization of Stars and Stripes Operations OSD002139-26 | 3/9/2026 | 8 |