**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Susan Dardarian *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>U.S. Department of Defense *et al.*,<br><br>     *Defendants*. | Case No. 1:26-cv-1965 |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully move for summary judgment pursuant to Federal Rule of Civil Procedure 56. The grounds for summary judgment are set forth in Plaintiffs' memorandum of law in support of their motion for summary judgment and declarations. A proposed order is attached.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Allyson R. Scher*
Allyson Scher (D.C. Bar 1616379)
Paul R.Q. Wolfson (D.C. Bar 414759)
Elena Goldstein (D.C. Bar 90034087)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ascher@democracyforward.org
pwolfson@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

1