**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| Susan Dardarian *et al.*, |
| *Plaintiffs*, |
| v. |
| U.S. Department of Defense *et al.*, |
| *Defendants*. |

Case No. 1:26-cv-1965

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the parties' cross-motions for summary judgment. Upon consideration of the motions and all related filings, it is hereby

**ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED** and Defendants' motion for summary judgment is **DENIED**.  It is further

**ORDERED** that the final rule captioned *Stars and Stripes Media Organization*, 91 Fed. Reg. 1,706 (Jan. 15, 2026) (the "Repeal Rule"), is **DECLARED** unlawful and is **VACATED** and **SET ASIDE** as promulgated without observance of procedure required by law and as arbitrary and capricious, in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (D); and it is further

**ORDERED** that the March 2026 memorandum of the Deputy Secretary of Defense concerning Stars and Stripes (the "DoD Memorandum") is **DECLARED** unlawful and is **VACATED** and **SET ASIDE** as promulgated without observance of procedure required by law, as arbitrary and capricious, and as contrary to the First Amendment of the U.S. Constitution, in violation of 5 U.S.C. § 706(2)(A), (B), (D); and it is further

1

**ORDERED** that, upon vacatur of the Repeal Rule, the Department of Defense regulations governing Stars and Stripes formerly codified at 32 C.F.R. part 246 (the "Stripes Regulations") are reinstated and shall remain in effect unless and until lawfully amended or repealed; and it is further

**ORDERED** that judgment is entered in favor of Plaintiffs and against Defendants.  It is **SO ORDERED.**


Dated: _____          _____
                                                                                  CHRISTOPHER R. COOPER
                                                                                  UNITED STATES DISTRICT JUDGE