**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| Susan Dardarian *et al.*, |
| |
| *Plaintiffs*, |
| |
| v. |
| |
| U.S. Department of Defense *et al.*, |
| |
| *Defendants*. |

Case No. 1:26-cv-1965

**DECLARATION OF BRIAN S. BROOKS**

1. I, Brian Brooks, am over eighteen years old and have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to detail the ways in which I have been harmed by changes to Stars and Stripes ("Stripes") due to the rescission ("Repeal Rule") of U.S. Department of Defense ("DoD") regulations governing Stripes' newspaper and operations ("Stripes Regulations") and issuance of DoD's March 9, 2026, memorandum ("DoD Memorandum") in its place.

2. I am a former officer and third-generation military veteran. I served in Vietnam from 1971 to 1972, as an information officer, and received a bronze star for my service. Thereafter, I worked as a reporter, copy editor, and night city editor at the Memphis (Tenn.) Press-Scimitar.

3. I then spent the bulk of my career—over 38 years—as a faculty member at the Missouri School of Journalism. I was chairman of the school's editorial department from 1999 until January 2003, when I became associate dean for undergraduate studies and administration. That same year, I was named Outstanding Faculty Member on campus by the MU Greek system. I was inducted into the Missouri Press Association's Newspaper Hall of Fame in 2009. And for

1

over 40 years, I also served as deputy director or director of the Dow Jones Newspaper Fund editing internship program at Mizzou, where students from schools nationwide trained at the summer workshop for careers as newspaper copy editors. I am an associate dean emeritus of the school.

4. While on sabbatical from 1997 to 1999, I was the editor of Stripes in Europe. During that time, I directed that newspaper's coverage of the Bosnia mission, the U.S. entry into Kosovo, and the bombing of Belgrade. For this work, I was awarded DoD's Civilian Distinguished Service Medal. I am currently the president of the Board of Directors of the Stars and Stripes National Museum and Library in Stoddard County, Missouri.

5. During my tenure as European editor, I saw firsthand how the Stripes Regulations protected Stripes' editorial independence from military command. On one occasion, a Navy captain in Sigonella, Sicily was displeased with an article written by one of my reporters—an enlisted sailor—and ordered the reporter to appear before him. I raised the matter with the captain responsible for Navy public affairs in Europe and explained that interfering with Stripes' content would violate the Stripes Regulations. The order was promptly withdrawn. That protection—grounded in the regulatory framework DoD has now rescinded—was essential to Stripes' ability to report truthfully about the military, including stories that military leadership would prefer not to see published.

6. I am the author or co-author of four major journalism textbooks, including The Art of Editing (Routledge, 2018). I hold bachelor's and master's degrees from the Missouri School of Journalism.

7. As a military veteran, journalist, former Stripes editor, and board president of the Stripes museum, I have a long interest in, and deep connection to, Stripes. When I served in the

2

military abroad, I read Stripes religiously.    And in outposts like Bosnia, Stripes provided indispensable access to independent news focused on the U.S. military.

8.    My connection to Stripes runs through three generations of my family's military service.  My grandfather read Stars and Stripes while leading a platoon of engineers in World War I, during which he was wounded at the Battle of Meuse-Argonne.  My father read Stripes while serving as an A-36 dive-bomber pilot in World War II—flying combat missions over Africa, Sicily, and Italy, including in support of the Salerno invasion, and earning four air medals.  And I read the European and Pacific editions of Stripes while serving as a lieutenant in Germany and Vietnam. For each of us, Stripes was the only independent source of news we received about the course of our wars, and our only news from home.  While serving in Vietnam, I brought home copies of the Pacific edition reporting on the war.

9.    I have had a Stripes subscription since 2012, and I most recently re-purchased my annual subscription for $49.99 before the DoD Memorandum was issued in March.  I subscribe to Stripes' digital edition and read it several times per week.

10.    I have long valued Stripes for its editorial independence and unique coverage of military issues.  Stripes' editors have curated the product professionally with military readers in mind. When independent agencies rate news organizations for accuracy and balance, Stripes ranks at or near the top.  In my experience as a longtime reader and former Stripes editor, Stripes' coverage has been accurate and even-handed, without political leanings to the right or left regardless of who was in office—and Stripes' employees have heretofore been instructed to do just that. I subscribe to Stripes because I value its editorial judgment, and I rely on its editors to select the news most relevant to military readers like me from a broad range of sources, including

3

the Associated Press ("AP") and the Washington Post. That curated selection of independent, military-focused news was my reason for subscribing to Stripes.

11.    Before the DoD Memorandum was implemented, I received the bulk of my international and national news from Stripes, and specifically, I relied on Stripes' selection of AP stories to ensure the broadest coverage that is relevant to the military community. The AP and other commercial news nicely filled in gaps where Stripes had no one to cover certain stories. I also knew that our soldiers greatly enjoyed reading the comics that Stripes published. Many devoured them daily.

12.    I hope to be able to continue to read and rely on Stripes for unbiased news tailored to the military community, but I believe that the newspaper's editorial independence is being undermined by DoD's recent actions. DoD withdrew the regulatory framework that protected Stripes' editorial independence and ensured that Stripes provided timely and comprehensive coverage of international, national, and local news to the military community. In its place, the DoD Memorandum imposed (1) content restrictions on Stripes and its journalists; (2) unduly broad and vague standards on Stripes and its journalists, chilling the publication of large swaths of information that previously would have been published; and (3) layers of oversight by military leadership, in direct contradiction of congressional intent to assure Stripes' editorial independence.

13.    In February, I wrote an article explaining Stripes' legacy as an editorially independent news organization and decrying DoD's recent efforts that threaten to undermine that legacy. *See* https://www.nssml.org/striper-spotlight-brian-brooks/. I wrote to my congressman to express my concerns. If DoD had provided notice of, and the opportunity to comment on, the significant changes to Stripes' content and governance wrought by repeal of the Stripes Regulations and the DoD Memorandum, I would have provided comments raising my concerns.

4

14. Based on my own military service, I can confirm that Stripes is the only independent source of news for many troops deployed outside the United States. For instance, Stripes serves our troops even in wartime, and in such combat zones, troops are often not allowed to have computers and mobile phones to prevent enemies from tracing their locations. That's why Stripes is often their only source of news and also why having Stripes solely online is not a viable alternative.

15. In addition, Stripes is valuable even in peaceful areas such as Japan and Germany. The Pentagon operates radio and television stations there, but the military controls their content. And other English-language publications are often too expensive for troops to afford overseas and seldom if ever cover U.S. military news.

16. And lastly, Stripes has been a shining example of American values. No other country's military allows publication of a free and independent chronicler of military and other news. That shows other countries that Freedom of the Press is valued here, even as the government subsidizes Stripes' publication.

17. By imposing direct content restrictions, standards that chill reporting, and layers of DoD oversight, the DoD Memorandum threatens to destroy Stripes' credibility, deprive troops of this much-needed independent news source, and undermine the United States' example abroad.

18. In addition to undermining the availability and reputation of Stripes, DoD's recent changes have materially reduced the value of my Stripes subscription. Since DoD's recent actions, I have noticed that the content and quality of Stripes have diminished.

19. Due to the rescission of the Stripes Regulations and issuance of the DoD Memorandum, Stripes no longer contains AP coverage, which is a significant loss to me because the AP covers the military world-wide, and Stripes simply does not have the capacity to replicate

that coverage.  Since Stripes implemented the DoD Memorandum, I have observed nearly every day that there is a story that the AP covers that I could not have obtained solely through Stripes. To make up for the lost coverage in Stripes, I purchased a New York Times subscription after the changes were made.  The Times' coverage of the Iran War is much more comprehensive than what can be found in Stripes today.  In addition, I am now spending an additional hour or so per day reading the AP and New York Times websites to try to obtain the coverage I used to get through Stripes.  I do not—and realistically could not—review the hundreds or thousands of articles that the AP and other outlets publish each day; the value of my subscription was that Stripes' editors performed that selection and assembly for members of the military community like me.  I now try to assemble comparable coverage myself from multiple sources.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July 2026, in Columbia, Missouri.

_____

Brian S. Brooks

6