**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Susan Dardarian *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:26-cv-1965 |
| U.S. Department of Defense *et al.*, | |
| *Defendants*. | |

**DECLARATION OF WALTER BARANGER**

1.  I, Walter Baranger, am over eighteen years old and have personal knowledge of the facts and information in this declaration.  I respectfully provide this declaration to detail the ways in which I have been harmed by changes to Stars and Stripes ("Stripes") as a result of the rescission ("Repeal Rule") of U.S. Department of Defense ("DoD") regulations governing Stripes' newspaper and operations ("Stripes Regulations"), and the issuance of DoD's March 9, 2026, memorandum ("DoD Memorandum") in its place.

2.  I am a retired lecturer, having taught journalism full-time in the College of Communications at California State University, Fullerton, where I was also faculty adviser to the student-run newspaper, the Daily Titan.

3.  Prior to that, I worked at The New York Times for over twenty-seven years, retiring as Senior Editor for News Operations in 2016.  While working at the Times, I was assigned to 12 wars or conflict regions, most notably the 1991 Gulf War, Somalia, Kosovo, the Second Intifada and other Israeli-Palestinian related conflicts, Lebanon, the Arab Spring, the 9/11 attacks, and the wars in Afghanistan and Iraq.  I was also in the initial same-day New York Times response to the

1995 Oklahoma City bombing.  I also covered major civil stories, including several especially destructive hurricanes that triggered National Guard deployments, such as Katrina, Irene, and Sandy; the impeachment and Senate trial of President Clinton; presidential nominating conventions beginning in 1992; presidential inaugurations; and several Olympics.

4.      I flew three million miles for The Times and worked with correspondents and photographers while on assignment in such places as Moscow, Beijing, Shanghai, Hong Kong, London, Paris, Mexico City, Caracas, Nairobi, West Africa, Cairo, Jerusalem and Beirut.  While at The Times, I received two Publisher's Awards and was designated a Senior Writer.   During my tenure at The Times, the newspaper earned more than 60 Pulitzer Prizes; I contributed two chapters to a book of 20th century obituaries; and I supported "The New York Times Manual of Style and Usage," which is The Times's stylebook.

5.      In 1986, I earned a Bachelor's Degree in Communications (Journalism) from California State University, Fullerton.  While there, I served as a reporter and managing editor of the Daily Titan, the student newspaper.

6.      I am an active National Staff member of the United States Coast Guard ("USCG") Auxiliary—the uniformed, non-military volunteer branch of the USCG that donates its time to promoting recreational boating safety, conducting vessel exams, and supporting various Coast Guard missions.  I am also a Coast Guard Reserve veteran, having served in the USCG Reserves from 1988 to 1991.  I was based at Group San Diego and at USCG Governor's Island, N.Y.  I was transferred to the Inactive Reserves at the request of The New York Times, since both The Times and the Coast Guard planned to deploy me to the upcoming Iraq War.  I eventually left the Coast Guard Reserve as a Yeoman Second Class (E-5).

7.      As both a member of the Coast Guard and as a journalist, I have long had an interest in Stripes. I have read Stripes weekly or daily since 1986, and frequently on the web since around 2000. While I was a journalist and member of the Coast Guard Reserves, I read Stripes for free, and in 2020, I began to subscribe to Stripes' digital edition.

8.      I most recently re-purchased my annual Stripes subscription on September 6, 2025. I paid $49.99 for the annual subscription. I receive Stripes' daily newsletter, and hardly a day goes by that I don't read at least one article—and often more than one—through the daily newsletter or the Stripes app or website.

9.      I subscribe to Stripes and purchased the annual subscription because I value Stripes' editorial judgment, in its selection of the news most relevant to military community readers like me from a broad range of sources, including The Associated Press ("AP") and The Washington Post. In particular, I relied on Stripes' editorial selection of AP and Washington Post stories to obtain broad national and international news coverage through a single publication. I do not—and could not—review the many hundreds of articles that the AP, the Washington Post, and other outlets publish each day and have relied on Stripes' editors to make that selection for me.

10.     I also subscribed to Stripes to keep up with my Coast Guard Auxiliary duties and citizenship obligations, with the expectation that Stripes would continue to publish comprehensive international and national news from other outlets, as required by the Stripes Regulations. In this manner, I can review my daily newsletter and be confident that I have seen the most pertinent military-related news of the day, without any major omissions.

11.     I also subscribed to Stripes *because* it is an editorially independent newspaper that is tailored to military communities. When I most recently renewed my subscription on September

6, 2025, the Stripes Regulations remained in effect, and I renewed with the expectation that Stripes' comprehensive coverage and editorial independence would continue under their protections.

12.    I have long prized Stripes' unique content and editorial independence.  Stripes' reporters and editors have expertise and beat experience that is specifically tailored to the military community, unlike most other news outlets.  Prior to the Repeal Rule and DoD Memorandum, I was confident that Stripes would be straight with its readership in its reporting and editing, even if that reporting looked bad for DoD.  I have relied on, and wish to be able to continue to rely on, Stripes to stay informed of military-related news and to be prepared for conversations with other members of the Coast Guard and Coast Guard Auxiliary.  However, the newspaper's editorial independence is now being undermined as a result of DoD's actions.

13.    DoD withdrew the regulatory framework that protected Stripes' editorial independence and ensured that Stripes provided timely and comprehensive coverage of international, national, and local news to the military community.  In its place, the DoD Memorandum imposed (1) content restrictions on Stripes and its journalists; (2) unduly broad and vague standards on Stripes and its journalists, chilling the publication of large swaths of information that previously would have been published; and (3) layers of oversight by military leadership, in direct contradiction of congressional intent to assure Stripes' editorial independence.

14.    If DoD had provided notice of, and the opportunity to comment on, the significant changes to Stripes' content and governance wrought by the Repeal Rule and DoD Memorandum, I would have provided comments raising my concerns, as detailed below.  Instead, on January 18, 2026, I communicated my displeasure and disappointment in emailed letters to my congressional delegation (copied to Stripes' editor), and in April, I wrote to the Stripes ombudsman of my unhappiness about the situation, including her impending dismissal.

15. Stripes' changes pursuant to the DoD Memorandum have materially reduced the value of my Stripes' subscription. Specifically, and principally, because of the DoD oversight it put in place, I can no longer rely on Stripes' editorial independence. The DoD Memorandum, by its terms, subjects Stripes' reporters to controlled-unclassified-information and "good order and discipline" standards, prohibits Stripes from republishing news and opinion from commercial sources such as the AP and the Washington Post, and more generally increases DoD oversight over Stripes' operations. As a result, I now read Stripes knowing that its reporters operate under these restrictions, that its editors can no longer freely curate AP and Washington Post news and opinion for readers like me, and that a newspaper I long valued for its independence now operates under improper military command interference. As a career journalist and editor, I understand how such control shapes what is—and is not—reported, and I can no longer be confident that stories are not being withheld and that I know who the content is coming from.

16. As a result of the Repeal Rule and DoD Memorandum, the prized editorial independence of Stripes has been undermined, and the value of Stripes that I contracted for when I purchased my annual subscription is diminished. Knowing what I know now, I would not have paid $49.99 for an annual subscription to the Stripes that exists under the Repeal Rule and DoD Memorandum.

17. I now receive less content and less of the benefit of Stripes' curation. Before DoD's actions, I relied on Stripes' curated presentation of original reporting and outside content to stay informed through a single publication. That included the AP, which runs stories from all around the world, and puts world events into context. It also included news and opinion from the Washington Post. Under the DoD Memorandum, however, Stripes is now prohibited from republishing news, opinion, and comics from commercial sources, including the AP and the

Washington Post. Since the DoD Memorandum, I have observed the disappearance of AP and Washington Post news and opinion from the daily newsletter, app, and website. Now, to stay up-to-date for my Coast Guard Auxiliary role and citizenship obligations, I spend approximately two hours more weekly reading the AP and New York Times websites seeking coverage comparable to what I previously received through Stripes alone. Even with that additional time and effort, the coverage I assemble myself is not equivalent to what Stripes provided, because no other single publication selects and contextualizes the news specifically for the military community.

18. The harm to Stripes is already apparent to me. A seminal principle of news literacy is that the reader should be confident in the organization presenting the news. I am no longer confident in Stripes. When teaching my undergraduate courses in Public Affairs Reporting and News Literacy, I previously pointed my journalism students to Stripes as an example of editorial independence—a key tenet of journalism—and a solid employer for early-career journalists. That editorial independence has diminished, and I will refer my students to Stripes again only once Stripes' editorial independence is unambiguously restored.

19. My annual subscription is scheduled to renew in September 2026. Unless DoD rescinds the DoD Memorandum and restores the editorial-independence protections of the Stripes Regulations, I intend to cancel my Stripes subscription rather than renew it. I would cancel reluctantly: because no other publication provides comparable curation of military-relevant national and international news, I would be left without an adequate substitute. Conversely, if the Repeal Rule and DoD Memorandum are set aside and Stripes' editorial independence is restored, I would maintain my subscription, and I would no longer need to spend the additional time reviewing the AP and New York Times websites to obtain the coverage I previously received through Stripes.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July 2026 in Fullerton, California.

Walter Baranger