**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Susan Dardarian *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Department of Defense *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-1965 |

**DECLARATION OF WILLIAM CHURCH**

I, William ("Bill") Church, declare as follows:

1.      I am over eighteen years old and have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to detail the ways in which I have been harmed by changes to Stars and Stripes ("Stripes") as a result of the rescission ("Repeal Rule") of U.S. Department of Defense ("DoD") regulations governing Stripes' newspaper and operations ("Stripes Regulations"), and the issuance of DoD's March 9, 2026, memorandum ("DoD Memorandum") in its place.   The policies put in place through the DoD Memorandum impose: (1) affirmative content restrictions on Stripes and its journalists; (2) unduly broad and vague standards, chilling the publication of large swaths of information; and (3) layers of oversight by military leadership, in direct contradiction of congressional intent to assure Stripes' editorial independence.

2.      I am currently the executive editor of the *Santa Fe New Mexican* and the director of the New Mexico Public Service Journalism Fund.  Prior to that, I was the executive editor for *The News & Observer* in Raleigh, NC.  My career also included being a corporate news executive

1

for various companies and serving as executive editor of the *Sarasota Herald-Tribune* when it won a Pulitzer Prize for investigative reporting.  I have twice served as a Pulitzer jurist.

3.    From 2008 to 2018, I was an active board member (at one point, serving as president) of the Associated Press ("AP") Media Editors group.  I was a Knight Visiting Nieman Fellow at Harvard University, and I am a long-time member of the Asian American Journalists Association.  I earned a Bachelor of Arts with Distinction in Economics from the University of Oklahoma and a Master of Science in Administration from Central Michigan University.

4.    In 2025, I was recruited to serve as a member of Stripes' Publisher's Advisory Board ("Board").  In my role as Board member, I advise Stripes' Publisher (currently Max D. Lederer, Jr.) on the management of a newspaper committed to First Amendment principles.

5.    I began reading Stripes when I was around the age of 12 years old.  My father served in the U.S. Air Force, and while growing up as a military dependent in Japan, my father would make sure that our family got a copy of the newspaper.  I read it daily during my childhood in Japan and have continued to consult it regularly since then.  Stars and Stripes helped inspire my interest in becoming an editor.  During our time in Japan, the base libraries and Stripes served as my primary English-language connections to what was happening in the United States and the world.

6.    On October 16, 2025, I purchased the annual subscription to the digital edition of Stripes for $49.99.  I also signed up for Stripes' daily newsletter.  In some form or fashion, I touch Stripes daily, and I have relied on the expertise and independence of Stripes' staff to choose the most important news and information specific to my needs and those of its readership.

7.    My interest in subscribing to Stripes was driven by three reasons:  1) To grow my knowledge of Stripes' operations as it related to my voluntary role as a member of the Publisher's

2

Advisory Board; 2) To gain experience and insights on how Stripes delivers the news to its digital customers, so that I can understand the nuances of the products; and 3) To enhance my understanding of the news and information that's focused on the military community during a time when the U.S. seems more active in worldwide conflicts.

8.      Being a subscriber in the consumer acquisition "funnel" model means you value the product and identify with the brand. The subscriber experience is about brand loyalty and trust that the product will do the job for you. What I found early in my subscriber experience with Stripes was a scrappy, stick-to-the-facts news portfolio that had deep knowledge and respect for the military community. It was calming to see that Stripes still covers local high school sports and schools in Europe and Japan—an experience that meant so much to me decades ago when my name occasionally appeared on the sports agate pages. What I also saw from Stripes was a modern news management approach that focused primarily on the distinctive stories it should own while leveraging other news resources to supplement the experience for its audience.

9.      When everyone's news stream is noisy and messy these days, subscribers want a trusted source that fits their needs. As a "military brat" many years ago, I started with Stripes' sports section and moved to the comics page. My interest in general news expanded as I matured, and that's when I became more aware of how Stripes focuses on issues of importance to the military community.

10.      Stripes was a one-stop shop then, but it isn't now. On those occasions when I want to get my entire news needs directly from Stripes—because convenience also is a subscriber value—I'm forced to find national/international stories elsewhere. It's laborious and makes Stripes not a complete news experience.

11. And it's evident that the Stripes' reading experience has deteriorated due to the restrictions that have inhibited the news organizations' ability to serve the military community. I purchased a subscription to Stripes because I value its editorial judgment. I rely on Stripes to select news and information from a broad range of sources, including The AP and Washington Post, that will be relevant to readers like me. I'm not a Washington Post subscriber, so Stripes used to fill in that news gap of not getting access to Post coverage of the military and the federal government. I also subscribed to Stripes because I ascribe value to the newspaper as an editorially independent entity that is free from military command influence.

12. The Stripes product I pay for is worth less to me because of the Repeal Rule and the DoD Memorandum. For the same price, subscribers like me now receive less content, and content of lower quality. We no longer receive Stripes' editorial curation—its selection and compilation of news from other sources. And the editorial independence that has long distinguished the paper is being eroded—further degrading the value of what I pay for.

13. I would not have purchased the annual Stripes subscription for the same price under current circumstances, in which Stripes is prohibited from publishing news, opinion, and comics from commercial sources, Stripes' reporters are subject to content restrictions, carrying the threat of prosecution, to prevent publication of certain content, and Stripes is subject to increased military command control. This would have been a painful decision to cancel Stripes because the brand is important to the military community and support for its mission comes through its subscriptions. But I also subscribed to Stripes because of its independence in covering the military community that has been instrumental in my life.

4

**Stars & Stripes' Mission and Operations**

14.    Stars & Stripes' origins go back to the Civil War. Under the name *Stars and Stripes*, the first known edition of a newspaper for the troops was published by Union soldiers on November 9, 1861. Iterations continued during the Civil War and World War I, and since World War II, Stripes has been in continuous publication, providing news to service members on military bases in both the United States and overseas.

15.    The longstanding mission of Stripes has been to provide independent news and information to the U.S. military community. Stripes' focus has been on providing content specific to the unique interests of that community, covering issues related to national security, military accountability, and relevant to the daily lives of servicemembers at home and abroad. A key aspect of Stripes' mission has been to provide all servicemembers, even those located in remote and isolated locations or where access to news is otherwise restricted, with news content comparable to that in the United States, *i.e.,* that of high-quality U.S. commercial newspapers.

16.    Stripes' editorial independence has long been its defining strength. When, in the late 1980s, Congress found that DoD leadership was trying to unduly restrict Stripes' content, it took steps to ensure Stripes' independence, including by recommending the creation of an ombudsman. In the Stripes Regulations, DoD adopted congressional recommendations and enshrined protections for Stripes into law, limiting the instances in which DoD could restrict the publication of content to instances of harm to national security, restating that Stripes should be run in accordance with First Amendment principles, and establishing an ombudsman to independently and directly advise Congress on matters related to the newspaper. Due to those protections, Stripes earned a lasting reputation as an independent, non-partisan newspaper its readers could trust.

17.     Stripes serves a mobile, diverse audience without any doubt that its journalists are beholden only to the interests of the military community. The checks-and-balances relationship—notably an independent mission backed by Congress but serving the military community—serves as a beacon of hope for its subscribers and advocates, that the news reporting is uncompromised and purposeful like the fighting men and women who count on Stripes to keep them informed and in touch with what's happening in the U.S and across the globe.

**Publisher's Advisory Board's Mission and Operations**

18.     The Publisher's Advisory Board is currently composed of five current or former media company publishers, along with senior executives of news media organizations, chosen by the Stripes' Publisher, whose primary business is the publishing of newspapers.  The Board has always consisted of non-government employees.

19.     The purpose of the Board is to advise the Publisher on the management of a newspaper committed to First Amendment principles.  This has included advising the Publisher on business operations and the conduct of newsgathering and content publishing activities, as well as providing feedback on the Publisher's implementation of Stripes' mission, core values, and strategic plan.  The Board has also historically assisted with the recruitment and selection of Stripes' senior leadership, including the Editor and Ombudsman.

**Harm from the Repeal Rule and DoD Memorandum**

20.     In January 2026, DoD repealed the Stripes Regulations without notice or an opportunity for comment, and in March 2026, it issued the DoD Memorandum in their place—again without notice or comment—to govern Stripes' newspaper and operations.  The new policies are directly at odds with Stripes' editorial independence.

6

21.     Failure to Provide Notice and Opportunity to Comment.  If DoD had provided notice of and the opportunity to comment on the rescission of the Stripes Regulations and the DoD Memorandum, I would have provided comments with the Publishers' Advisory Board in raising my concerns, as illustrated in detail below.

22.     Less Content for the Same Price.  Prior to DoD's actions, Stripes relied heavily on AP and Washington Post news and opinion content.  For example, an issue of Stripes frequently was made up of more than 50% AP and Washington Post articles, including several opinion pieces. As a result of the Repeal Rule and DoD Memorandum, Stripes no longer contains: national and international news or opinion and commentary content from the AP or Washington Post, or daily comics, as well as eight pages of color comics that used to be part of Stripes' weekend edition.  As the editor of a newspaper, I know that you cannot convince readers and subscribers that you are providing the same service when you are giving them less.  And that is exactly what is happening with Stripes due to the recent changes: subscribers are getting less content—and less breadth and depth—for the same price.  Accordingly, my Stripes' subscription, and that of other Stripes subscribers, is simply worth less than I paid for when I purchased my annual subscription.

23.     No Longer a One-Stop Shop for Military-Related News.  One thing I greatly appreciated about Stripes was that I did not need to go anywhere else to get the relevant military-related content of the day.  Stripes curated the most important news and information for me and other Stripes subscribers, serving as a one-stop shop for military-related news.  At a time when there is a plethora of news and information options, Stripes provided an extremely valuable service in that regard.  Since the changes, limiting Stripes' ability to purchase commercial content and resulting in a loss of AP and Washington Post content, my subscription has lost the value of Stripes' editorial judgment itself: its curation and compilation of reporting from other sources.  As

a result, I have to spend time and energy identifying and consulting sources Stripes had previously provided, including congressional-based content regarding the war in Iran from the AP or other news outlets. I do not—and realistically could not—review the hundreds of articles that the AP and the Washington Post publish each day; the value of my subscription was that Stripes' editors did that winnowing for me.

24.     Not only did I rely on Stripes to provide the most salient news of the day, I also relied on Stripes to validate other reporting by selecting and including it in Stripes. With Stripes no longer able to purchase commercial content, my ability (and that of Stripes' readership generally) to obtain the most relevant information and validation of its credibility is undermined.

25.     Degradation of Editorial Independence.  The most disturbing aspect of the changes is the degradation of Stripes' editorial independence. As a former military dependent in Japan, Stripes was a significant part of the information me and my family received about the world and why the United States was in Japan in the first place. And over the years, I have been impressed with Stripes' focus on the needs of the military community and its ability to serve as an independent voice for a diverse range of readership interests. By taking away Stripes' ability to pick and publish a diverse array of news, the changes have curtailed Stripes' ability to fulfill its mission to be a credible, fearless and independent news source for the military community. The DoD Memorandum compounds this by requiring Stripes to comply with restrictions on "controlled unclassified information" and to keep its content consistent with the "good order and discipline of the military"—a standard drawn from military criminal law. As a veteran editor, I know that vague, potentially punitive standards like these predictably lead reporters to self-censor, further narrowing the news and reporting I receive through Stripes.

26.     These changes are especially troubling because Stripes was not broken. Independent studies, such as All Sides (allsides.com), have recognized its credibility as a neutral, nonpartisan newspaper, and in my experience it has excelled at understanding its audience and delivering timely, relevant news.  I have trusted Stripes editorial judgment about what mattered to the military community—the very judgment DoD has now displaced.  It is a paradox that the military community has long prized Stripes for being an independent, nonpartisan newspaper, while the changes imposed by DoD leadership show that they do not have the same level of respect for Stripes and its readership.

27.     DoD's actions appear aimed directly at that independence.  Congress created an independent ombudsman to safeguard Stripes' quality and independence; the Repeal Rule and DoD Memorandum—and the firing of the previous ombudsman—undercut that role.  Stripes' legacy included covering tough, sometimes critical stories about the military and its leadership, and there is now a real risk it can no longer sustain that hard-hitting reporting.

28.     As a result, my ability—and that of other readers—to rely on Stripes for credible, unbiased reporting on the military, including reporting critical of its leadership, is substantially threatened.  Knowing that Stripes now operates under increased DoD control, I am skeptical it will continue to publish important news that DoD leadership finds unwelcome.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July 2026, in Santa Fe, New Mexico.

_____
William Church