**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Susan Dardarian *et al.*,

*Plaintiffs*,

v.

U.S. Department of Defense *et al.*,

*Defendants*.

Case No. 1:26-cv-1965

**JOINT MOTION TO ENTER A REVISED BRIEFING SCHEDULE AND PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

On June 3, 2026, Plaintiffs Susan Dardarian and William Church filed a complaint against the U.S. Department of Defense and senior Department officials sued in their official capacities (collectively, "Defendants"), asserting claims under the Administrative Procedure Act ("APA") that challenge Defendants' rescission of regulations governing Stars and Stripes and the March 9, 2026 memorandum directing Stripes to implement changes to its operations. On July 24, 2026, Plaintiffs filed an amended complaint as of right, adding two additional Plaintiffs, Brian Brooks and Walter Baranger. ECF No. 15; *see* Fed. R. Civ. P. 15(a)(1). Pursuant to the parties' jointly proposed briefing schedule, as adopted by the Court, Plaintiffs filed their motion for summary judgment on July 29, 2026. ECF No. 18. Defendants' cross-motion and opposition are currently due on August 26, 2026. In light of intervening events, the parties have conferred and agree that the most efficient way to proceed is to supplement the complaint, *see* Fed. R. Civ. P. 15(d), and to proceed under a revised briefing schedule. Plaintiffs, with Defendants' consent, therefore request leave to file a supplemental complaint, and the parties jointly request that the Court enter a revised briefing schedule.

On August 21, 2026, Defendants amended Directive 5122.11, which, among other things, "[e]stablishes policy, assigns responsibilities, and prescribes procedures" related to Stripes, and which "[i]ncorporates and [c]ancels" the March 9, 2026 memorandum. Because the issuance of the amended Directive 5122.11 is a "transaction, occurrence, or event that happened after the date of" Plaintiffs' complaint, Plaintiffs hereby move to supplement the complaint pursuant to Fed. R. Civ. P. 15(d). Plaintiffs also seek to address other recent factual developments, including recent personnel actions involving Stripes employees. A motion for leave to supplement a pleading is "to be freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any of the other parties to the action." *Hall v. CIA*, 437 F.3d 94, 100 (D.C. Cir. 2006). This standard is readily satisfied here: granting leave will allow Plaintiffs to account for these intervening developments and will promote judicial efficiency and economy without causing undue delay or prejudice to any party.

Accordingly, Plaintiffs, with Defendants' consent, respectfully request that the Court grant Plaintiffs leave to file a supplemental complaint, and the parties jointly request that the Court enter the following schedule to govern summary judgment briefing:

| | |
|---|---|
| Plaintiffs file supplemental complaint | **September 2, 2026** |
| Defendants produce supplemented administrative record | **September 9, 2026** |
| Plaintiffs file supplemental motion for summary judgment | **September 16, 2026** |
| Defendants File Consolidated Opposition to Summary Judgment, Motion to Dismiss (if applicable), and Cross-Motion for Summary Judgment | **September 30, 2026** |
| Plaintiffs File Consolidated Opposition and Reply | **November 4, 2026** |
| Defendants File Reply | **November 25, 2026** |
| Parties file joint appendix | **December 2, 2026** |

August 25, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

*/s/ Allyson R. Scher*
Allyson Scher (D.C. Bar 1616379)
Paul R.Q. Wolfson (D.C. Bar 414759)
Elena Goldstein (D.C. Bar 90034087)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ascher@democracyforward.org
pwolfson@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*