**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Susan Dardarian *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. Department of Defense *et al.*,<br>*Defendants*. | Case No. 1:26-cv-1965 |

**PLAINTIFFS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby supplement their pending motion for summary judgment to encompass the claims added by their supplemental complaint. On July 29, 2026, Plaintiffs moved for summary judgment under Federal Rule of Civil Procedure 56 on Counts I–V of their First Amended Complaint. ECF No. 18; *see* ECF No. 16. On September 2, 2026, Plaintiffs filed a supplement to the First Amended Complaint under Rule 15(d), adding Counts VI–VIII. ECF No. 20-1. Those counts challenge the Parnell Directive, which incorporates and cancels the DoD Memorandum challenged in the First Amended Complaint.

Plaintiffs accordingly seek summary judgment on all counts of the First Amended Complaint as supplemented. The accompanying memorandum of law addresses Counts I–VIII together and supersedes the memorandum filed in support of the original motion, ECF No. 18-1. Plaintiffs submit a single consolidated brief rather than briefing the original and supplemental claims separately, which would require repeating the same arguments twice. The declarations previously filed, together with the declarations filed herewith, supply the factual basis. A proposed order is attached.

Dated: September 16, 2026

Respectfully submitted,

*/s/ Allyson R. Scher*
Allyson Scher (D.C. Bar 1616379)
Paul R.Q. Wolfson (D.C. Bar 414759)
Elena Goldstein (D.C. Bar 90034087)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ascher@democracyforward.org
pwolfson@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*