**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Susan Dardarian *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Department of Defense *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-1965 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the parties' cross-motions for summary judgment. Upon consideration of Plaintiffs' motion for summary judgment, ECF No. 18, Plaintiffs' supplement to that motion, ECF No. 22, the briefs and declarations in support, Defendants' cross-motion for summary judgment and briefs in support, and the administrative record, it is hereby

**ORDERED** that Plaintiffs' motion for summary judgment, ECF No. 18, as supplemented by ECF No. 22, is GRANTED as to Counts I through VIII of the First Amended Complaint as supplemented, and Defendants' motion for summary judgment is **DENIED**. It is further

**ORDERED** that the final rule captioned *Stars and Stripes Media Organization*, 91 Fed. Reg. 1,706 (Jan. 15, 2026) (the "Repeal Rule"), is **DECLARED** unlawful and is **VACATED** and **SET ASIDE** as promulgated without observance of procedure required by law and as arbitrary and capricious, in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (D); and it is further

**ORDERED** that the March 9, 2026 memorandum of the Deputy Secretary of Defense concerning Stars and Stripes (the "DoD Memorandum") is **DECLARED** unlawful and is

**VACATED** and **SET ASIDE** as promulgated without observance of procedure required by law, as arbitrary and capricious, and as contrary to the First Amendment of the U.S. Constitution, in violation of 5 U.S.C. § 706(2)(A), (B), (D); and it is further

**ORDERED** that the DoD Directive 5122.11 issued August 21, 2026 ("Parnell Directive") is **DECLARED** unlawful and is **VACATED** and **SET ASIDE** as promulgated without observance of procedure required by law, as arbitrary and capricious, and as contrary to the First Amendment of the U.S. Constitution, in violation of 5 U.S.C. § 706(2)(A), (B), (D); and it is further

**ORDERED** that, upon vacatur of the Repeal Rule, the Department of Defense regulations governing Stars and Stripes formerly codified at 32 C.F.R. part 246 (the "Stripes Regulations") are reinstated and shall remain in effect unless and until lawfully amended or repealed; and it is further

**ORDERED** that, upon vacatur of the DoD Memorandum and Parnell Directive, DoD Directive 5122.11, as amended on March 7, 2025, is reinstated and shall remain in effect unless and until lawfully amended or repealed; and it is further

**ORDERED** that Defendants shall within 24 hours of this Order file a status report describing the steps taken to comply with this Order; and it is further

**ORDERED** that judgment is entered in favor of Plaintiffs and against Defendants. It is **SO ORDERED.**

Dated: ________________________

________________________________
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE