**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Susan Dardarian *et al.*,

*Plaintiffs*,

v.

U.S. Department of Defense *et al.*,

*Defendants*.

Case No. 1:26-cv-1965-CRC

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby oppose the Motion for Summary Judgment filed by Plaintiffs (ECF No. 18) and respectfully file Defendants' Cross-Motion for Summary Judgment in the above-captioned matter. The grounds for summary judgment are set forth in the attached memorandum of law. A proposed order is also attached.

Dated: September 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

NOAH T. KATZEN
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*