**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Susan Dardarian *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Department of Defense *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-1965-CRC |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the parties' cross-motions for summary judgment. Upon consideration of the motions and all related filings, it is hereby

**ORDERED** that Defendants' motion for summary judgment is **GRANTED** and Plaintiffs' motion for summary judgment (ECF No. 18) is **DENIED**. It is further

**ORDERED** that judgment is entered in favor of Defendants and against Plaintiffs. It is

**SO ORDERED**.

Dated: ______________________

______________________________
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE